Argued June 23, affirmed June 23, 1972

# STATE OF OREGON, *Respondent, v.* JERALD CURTIS ROGERS (No. C-71-10-3193 Cr), *Appellant.*

### 497 P2d 1215

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.